```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                                **CRIMINAL NO. 1:16CR82-01**
                                                          **(Judge Keeley)**

**TYREE SKIPPER,**

       **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 33), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On February 27, 2017, the defendant, Tyree Skipper ("Skipper"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Counts Four and Five of the Indictment. After Skipper stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Skipper's statements during the plea hearing and the testimony of Tammy Devericks, Special Agent, Internal Revenue Service, the magistrate judge found that Skipper was competent to enter a plea, that the plea was freely and voluntarily given, that

**USA v. SKIPPER**                                                    **1:16CR82-01**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 33),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On February 28, 2017, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 33) finding a factual basis for the plea and recommending that this Court accept Skipper's plea of guilty to Counts Four and Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Skipper's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Counts Four and Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. SKIPPER**                                                1:16CR82-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 33),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Skipper and prepare a modified presentence report for the Court;

2. The Government and Skipper shall provide their versions of the offense to the probation officer by **March 22, 2017**;

3. The modified presentence report shall be disclosed to Skipper, defense counsel, and the United States on or before **April 12, 2017**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the modified presentence report on or before **April 26, 2017;**

5. The Office of Probation shall submit the modified presentence report with addendum to the Court on or before **May 3, 2017**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. SKIPPER**                                                1:16CR82-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 33),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **May 10, 2017.**

The magistrate judge remanded Skipper to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Wednesday, May 17, 2017** at **12:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: March 15, 2017

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE